```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

WILLIE LEE COLLINS,                §
    Petitioner,                §
                                   §
VS.                                §   CIVIL ACTION NO.4:09-CV-092-Y
                                   §
NATHANIEL QUARTERMAN, Director,    §
T.D.C.J.,Correctional              §
Institutions DIV.,                 §
    Respondent.                §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>
    (With special instructions to the clerk of Court)

In this action brought by petitioner Willie Lee Collins under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;[1]

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 1, 2009; and

3. The petitioner's written objections[2] to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 22, 2009.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.

---

[1] On May 13, 2009, petitioner Collins filed a document entitled "Motion to Amend Complaint and to Reply to Respondent's Answer to Petitioner's 28 U.S.C. § 2254 Writ of Habeas Corpus." As this document does not actually seek to amend or provide any proposed amended grounds for relief, it should be construed only as a reply and the clerk of Court is direct to note this on the docket and term the motion.

[2] Although Collins entitled the document a "Motion to Object to the Statute of Limitations," this document is actually only Collins's written objections to the magistrate judge's report. The clerk of Court is directed to note this on the docket and term the motion.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Willie Lee Collins's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED June 26, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2